

# United States Department of Justice

United States Attorney's Office

Western District of Texas - El Paso Division

*700 E. San Antonio Ave, Suite 200*  *Phone: (915) 534-6884*
*El Paso, Texas 79901*  *Facsimile: (915) 534-6024*

April 26, 2021

United States District Clerk's Office
Western District of Texas
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

   **Re: U.S. v. Carlos Tapia-Ortiz**
      **21-MJ-01012-ATB**

Dear Sir or Madam:

  This is to advise you that the undersigned Assistant United States Attorney is currently the attorney assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith. Please update your records to accurately reflect this information.

  Thank you for your attention to this matter.

          Sincerely,

          ASHLEY C. HOFF
          UNITED STATES ATTORNEY

      By: _____/s/_____
         Patricia Aguayo
         Assistant United States Attorney